

PROVIDED TO
SANTA ROSA CI ON

JUL 1 7 2025

FOR MAILING BY LD

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

## CIVIL RIGHTS COMPLAINT FORM FOR
## PRO SE PRISONER LITIGANTS IN ACTIONS UNDER
## 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

*LAVAROS DAVIS*

Inmate ID Number: __M63150__,

AMENDED COMPLAINT

*(Write your full name and inmate ID number.)*

Case No.: 3:25-cv-00125-AW-ZCB

*(To be filled in by the Clerk's Office)*

**v.**

*SERGENT HARDWOOD*,

*OFFICER REEDEN*

*OFFICER MCDONALD*,

**Jury Trial Requested?**
☑ **YES**  ☐ **NO**

Defendants continceal

OFFICER CAMBELL

OFFICER BEAR

LT. HAYES

NURSE GONZALEZ

*(Write the full name of each Defendant who is being sued. If the names of all the Defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

DIAMOD
WADKINS
DELAROSA



FILED USDC FLND PN
JUL 21 '25 PM12:05

# I. PARTIES TO THIS COMPLAINT

A. Plaintiff

Plaintiff's Name: ~~LANAROS DAVIS~~    ID Number: _M63150_

List all other names by which you have been known: _N/A_

_____

Current Institution: _Santa rosa corrections Institution Main unit_

Address: _5850 East milton Rd_

_Milton, Fl 32583-7914_

B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *each and every* Defendant:

1. Defendant's Name: ~~~~ _HARDWOOD_

Official Position: _Sergent b_

Employed at: _Santa rosa corrections Institution Main unit_

Mailing Address: _5850 East milton rd_

_Milton, Fl 32583-7914_

☑ Sued in Individual Capacity        ☐ Sued in Official Capacity

2. Defendant's Name: _____ BEENDEN

   Official Position: _sergent_

   Employed at: _santa rosa corrections Institution main unit_

   Mailing Address: _5850 East Milton RD_

   _Milton, Fl 32583-7914_

   ☑ Sued in Individual Capacity          ☐ Sued in Official Capacity

3. Defendant's Name: _____ MCDONALD

   Official Position: _OFFicer_

   Employed at: _santa rosa corrections Institution main unit_

   Mailing Address: _5850 East milton RD_

   _Milton, Fl 32583-7914_

   ☑ Sued in Individual Capacity          ☐ Sued in Official Capacity

   (*Provide this information for all additional Defendants in this case by attaching additional pages, as needed.*)

## II. BASIS FOR JURISDICTION UNDER 28 U.S.C. § 1331 or § 1346

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

Are you bringing suit against (*check all that apply*):

☐ Federal Officials (*Bivens case*)        ☑ State/Local Officials (*§ 1983 case*)

## III. PRISONER STATUS

Indicate your confined status:

☐ Pretrial Detainee              ☐ Civilly Committed Detainee

☑ Convicted State Prisoner       ☐ Convicted Federal Prisoner

☐ Immigration Detainee           ☐ Other (*explain below*):

_____

_____

## IV. STATEMENT OF FACTS

Provide a short and plain statement of the *facts* showing why you are entitled to relief. Describe how *each* Defendant was involved and what each Defendant did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short, numbered paragraphs, limited as far as practicable to a single event or incident. ***Do not make legal arguments, quote cases, cite statutes, or reference a memorandum.*** You may make copies of page 6 if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. Exhibits attached to

Defendants continual

4. Defendants Name: CAMBELL
official position: officer
Employed at: santa rosa corrections Institution main unit
Mailing address: 5850 East Milton. RD
                 Milton, Fl 32583-7914
    ☑ sued in Individual capacity

5. Defendants name: BEAR
official Position: officer
Employed at: santa rosa corrections Institution main unit
Mailing address: 5850 East Milton Rd
                 Milton, Fl 32583-7914
    ☑ sued in Individual capacity

6. Defendants name: HAYES
official position: Lieutenant
Employed at: santa rosa corrections Institution main unit
Mailing address: 5850 East Milton RD
                 Milton, Fl 32583-7914
    ☑ sued in Individual capacity

7. Defendants name: GONZALEZ
official position: Nurse, medical
Employed at: santa rosa corrections Institution main unit
Mailing address: 5850 East Milton RD
                 Milton, Fl 32583-7914
    ☑ sued in Individual capacity

8. Defendant name: DIAMOND
official position: Mental Health couselor
Employed at: santa rosa corrections Institution main unit
Mailing address: 5850 East Milton RD
                 Milton, Fl 325583-7914
    ☑ sued in Individual capacity

4

Defendants continual

9. Defendants name: ~~Thomas~~ WADKINS
   official position: Mental Health counselor
   Employed at: santa rosa corrections institution main unit
   mailing Address: 5850 East Milton RD
                    Milton, Fl 32583-7914
   ☑ sued in individual capacity

10. Defendants name: ~~Deloris~~ DELAROSA
    official position: MEDical nurse
    Employed at: santa rosa corrections institution main unit
    mailing Address: 5850 East milton rd
                     Milton, Fl 32583-7914

II.                 Jurisdiction and venue
1. plaintiff sues pursuant to 42 u.s.c. §§ 1983 and 1988
2. The court has jurisdiction under 28 u.s.c. §§ 1331 and 1343
3. Declaratory relief is authorized by u.s.c. §§ 2201-2202 and
FED. R. CIV. P. 57
4. plaintiff further invokes the supplemental jurisdiction of this court,
pursuant to 28 u.s.c. § 1367, to consider assault and battery under state
tost law claims alleged herein.
5. venue is proper in the northen district of florida under 28 u.s.c §
1391(b), this being the district where the claim arose.
6. All conditions precedent to this lawsuit, including exhaustion of
administrative remedies, have occurred, been performed, or been
waived.
7. All defendants alleged herein this complaint acted under color of state
law.

5

the complaint will count as part of your page limitation. Therefore, do not attach irrelevant or unnecessary exhibits. Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.

12. On 9-28-24 between the times of 7:30 am, 3pm I told the c-dorm Defendant HARDWOOD that the plaintiff hearing voices and I have a psychological emergency and I want to kill myself. Defendant HARDWOOD stated he don't care and Defendant walk away and does nothing at all. Defendant HARDWOOD comes by during another 30 minute check and Plaintiff tells defendant again that he's hearing voices and wants to kill himself and defendant does nothing and again he walks away from Plaintiff cell door.

13. The plaintiff cuts his left ac vain on his left arm and blood shoot all on my cell wall which is in c-dorm, wing 2, cell 2102. Defendants nurse GONZALEZ, officer MCDONALD, officer CAMBELL walks by his cell and sees the blood all on my cell wall and window and sees my left ac vain is still leaking blood and does nothing. Nurse GONZALEZ see this because she had to stop by my cell door and give me medication and when she walks up she ask do I want my medication, I say no, I want to kill myself. She ask wheres all that blood coming from then she sees my wall and arm still leaking blood. Then Defendant nurse GONZALEZ walks away and Does nothing.

6

**Statement of Facts Continued** (*Page 2 of 4*)

14. Defenants ~~Harwood~~, ~~McDonald~~, ~~Cambell~~, HARDWOOD MCDONALD CAMBELL Does their 30 minute checks multiple times, (sometimes stoping by my door telling me am some waste my time writing them up because classication was call and if any grievance I write pertaining to officer about happening to throw it away) While defendants cell window was cover in blood and still Does nothing.

15. LT. Fowler, captain Hughs was called and the plaintiff tells both of them that he wants to kill himself. Both defendants walks off saying I got swithing for that ass and does nothing even when they see blood all on my cell wall.

16. When ~~defendants~~ LT. Fowler; captain hughs comes back its with a cell extraction team to try and beat me in my cell and my cell window is cover in blood and they force on me when I said, I want to kill myself again. When Plaintiff was escorted to the medical room. LT. Fowler had the orderly to clean my cell walls and window from blood. While the Plaintiff stated multiple times he wants to kill himself.

17. While in the medical room with Defendant nurse ~~Gonzalez~~ GONZALEZ, I tell nurse gonzalez multiple times I want to kill myself. Defendant nurse ~~gonzalez~~ GONZALEZ Does nothing she don't even clean my open wounds. captain hughs Does nothing. ~~The~~

STATEMENT OF FACTS CONTINUA/ FROM PAGE #7

The plaintiff was escorted back to his cell while saying he went to kill himself and will hang myself. Captain husns; LT. fawler still had plaintiff place back into his cell.

18.   Plaintiff enter his cell and when defendants left, Plaintiff start cutting his left ac vain again, blood again shoots back all over his cell wall again. Defendants CAMBELL, MCDONALD, HARDWOOD continual to do nothing but walks by his cell and does nothing but leaves plaintiff in his cell with blood everywhere.

19.   That same day third shift staff came on between the times of 4:30Pn; 11:30PM the plaintiff was getting ready to hang himself with some rip up boxers while plaintiff walls; window was cover with blood. LT. HAYES; captain Katni; came to the plaintiff cell door trying to get the plaintiff to cuff up which the plaintiff did. The plaintiff was taken to the medical room cuff behind his back and the plaintiff was getting escorted by defendants sergent REEDEN, and officer BEAR. While in the medical room with defendants Nurse GONZALEZ, officer BEAR, sergent REEDEN, LT. HAYES. Defendant HAYES told nurse GONZALEZ she need to do nothing because I'M going back in my cell and I can finish trying to kill myself. Defendant nurse GNZALEZ stated whats your fucking problem, Plaintiff stated I want kill myself again and this time she slap the plaintiff in the face hard and said stop saying that. I told her I want to kill myself again and this time she slap me multipie times while LT. hayes was laughing and defendants sergent REEDEN; officer BEAR started punching me with clenh fist in the back of my head. The whole time defendant Lt. HAYES was laughing. Defendants sergent REEDEN; officer BEAR kept punching until I got dizzy and fell to the floor while continual to get punch in the body multipie times.

20.   Lt. HAYES told defendants to help me to my feet and told the plaintiff if I write it up; its going into the trash like most of my grievances do he hate snitches." I was escorted back to my cell without medical attention; my cell walls still cover in blood.

8

STATEMENT OF FACTS CONTINUALS FROM PAGE#8

21.   on 9-30-24 the Plaintiff tried to hang himself after he told defendants HARDWOOD & Lt. Peckins that he want to kill himself. Lt. Peckins stood there along with defendant HARDWOOD and watch the plaintiff tried to hang himself & when he stab himself in his left ac vain. Lt. Peckins walks away with defendant HARDWOOD and stated she get something for that ass. Defendant DIAMOND mental health counselor came infront of my cell right when the sheet rip from the shower sprinkler thats on the ceiling while the sheet is around the plaintiff neck. And defendant DIAMOND ask the plaintiff why do I have the rip sheet around my neck, the plaintiff told the defendant I tried to kill myself, by trying to hang myself.

   The defendant even ask the plaintiff whats that sticking out of my arm, the plaintiff told the defendant stab myself then thats when defendant DIAMOND walk away. The rec officer came infront of my cell smiling asking me to take it out knowing I stab myself.

22.   Defendant WADKINS came infront of my cell after defendant DIAMOND left and defendant WADKINS ask me do I want to speak with her. The plaintiff stated yes and the plaintiff was pull out to speak with defendants WADKINS mental health causelor & medical nurse DELAROSA while the plaintiff was in the medical thats located in c-dorm that house the plaintiff, the plaintif told defendants WADKINS & DELAROSA multiple times I wanted to kill myself and am going to continual to try to kill myself. Defendant DELAROSA sees the pen sticking out my and states the pen stays in his arm.

23.   on 9-31-24, on the second shift I place multiple grievances in the grievance box. this happen between the times of 7AM, 8:30AM in wing 2, c-dorm. When the grievance box left out the dorm, sometime later a A OFFICER came to my cell BACK WINDOW AND call me and told me that MY GRIEVANCES IS GETTING RIP UP BECAUSE AM A SNITCH TRYING TO FILE A LAW suit that he's riping my grievances up and I SEEN that he RIP the MY grievances up when the officer started to rip them up. AND THEY SAID THEY NOT GONE LET ME FILE GRIEVANCES SO I CAN'T FILE A LAW SUIT

9

## V. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States

have been violated. Be specific. If more than one claim is asserted, number each

separate claim and relate it to the facts alleged in Section IV. If more than one

Defendant is named, indicate which claim is presented against which Defendant.

Violation of 42 U.S.C. § 1983 FOR RETALIATION
First Amendment

1. Defendants HARDWOOD MCDONALD CAMBELL LT. HAYES violates the

plaintiff first amendment right (retaliation) for actions designed

to chill the exercise of speech; redress (such as grievances) and

acts as retaliation by telling plaintiff he gone Waste his time

Writing them up because classification Was call and any grievances

## VI. RELIEF REQUESTED

State briefly what relief you seek from the Court. Do not make legal

arguments or cite to cases/ statutes. If requesting money damages *(either*

*actual or punitive damages)*, include the amount sought and explain the basis

for the claims.

WHEREFore, Plaintiff Respectfully request of the court

A. Issue a declaratory Judgment stating that: 1. The physical Abuse

of the plaintiff by defendants REEDEN, BEAR, GONZALEZ, violated

the plaintiffs Rights under the eight amendment to the united states

10

## VII.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

The Prison Litigation Reform Act ("PLRA") requires prisoners to exhaust all available administrative remedies (*grievance procedures*) before bringing a case. 42 U.S.C. § 1997e(a). **ATTENTION:** *If you did not exhaust available remedies prior to filing this case, this case may be dismissed.* If the case is dismissed for failure to exhaust or for any reason, you will still be required to pay the full filing fee and the dismissal may count as a "strike" under 28 U.S.C. § 1915(g). Therefore, please consider whether you have fully exhausted your remedies before proceeding with this action.

## VIII.  PRIOR LITIGATION

*This section requires you to identify your prior litigation history. Be advised that failure to disclose all prior state and federal cases—including, but not limited to civil cases, habeas cases, and appeals—may result in the dismissal of this case. You should err on the side of caution if you are uncertain whether a case should be identified.*

**ATTENTION:** *The "three strikes rule" of the PLRA bars a prisoner from bringing a case without full payment of the filing fee at the time of case initiation if the prisoner has "on three or more prior occasions, while*

STATEMENT OF CLAIMS CONTINUAl FROM
PAGE #10

I Write pertaining to officers about What happening to
throw it away - but had the plaintiff grievances rip up instead
see page (7). Paragraph 23. Because plaintiff having exercised
protected speech and redress such that a person of ordinary
firmness Would normally refram from fully expressing such speech.

24. Plaintiff Was denied treatment and threatened in Retaliation
for Writing grievances and for prosecuting civil rights lawsuits
against abusive corrections officials defendants taunted him
and explicitly made clear to him that if Plaintiff Write any grievances
pertaining to officers about What Happen to throw them away,
Defendant Lt. HAYES stated if the plaintiff Write it up, its going into
the trash like most of his grievances do, he hate smitches.
see page (8), Paragraph 20 as a direct and proximate result of these
defendants unlawful acts, plaintiff has suffered various emotional
and physical induries, Distress and pain as described more fully
in the statement of facts.

25. Violation of U.S.C. § Deliberate indifference
8th Amendment

Defendants CAMBELL, HARDWOOD, McDONALD violate plaintiff 8th
amendment right Where they Were deliberate indifference to plaintiff
serious mental medical needs When defendants Where aware of the
Plaintiff cutting himself tried to kill himself but Walk away multiple
times While Knowing the risk of harm that plaintiff can cause
to his life, body, that plaintiff can cause continual to cause to
himself and does nothing. Defendant nurse GONZALEZ violate plaintiff 8th
amendment right Where she Was deliberate indifference When she knew I
Wanted tried to kill myself When I cut my left ac vain multple times and
knew I tried to hang myself even When she seen blood all on my cell Wall
but did nothing. Defendant did not even clean my OPEN Wounds. Defendant
KNEW the risk When she never made any Phones calls to the mental health
doctor to have me place on suicide Watch Which is (SHOS) self-Harm-
observation but had discregard the plaintiff life and body and allowed
the Plaintiff to go back to his cell multiple time even after I told
the defendant I Want to kill myself.

STATEMENT OF CLAIMS CONTINUALS FROM
PAGE #11

16. Defendants Diamond, Watkins, Delarosa, violated plaintiff 8th amendment Which constitute deliberate indifference When defendant Diamond seen that I had a rip sheet around my neck from trying to kill himself by hanging and stabing himself in his Left ac vain but Does nothing and walks away and not have me pull out my cell When she knew of the risk of harm nor made phone calls to have me place on suicide watch Which is (shos) self-harm-observation but had disregard to the Plaintiff Life and body allowed Plaintiff to stay in his cell and does nothing but walks away.

17. Defendants Watkins; Delarosa Was deliberate indifference When Watkins comes to my cell door and also sees the pen in my arm and sees the R:P sheet around my neck and ask me do I want to speak to her. I told defendant Watkins that I want to kill myself multiple times and she does nothing, nor made any phones calls to the mental health doctor to have me place on suicide watch Which is (shos) self-harm-observation but had disregard to the Plaintiff Life and body.

18. Defendant Delarosa Was deliberate indifference When she refuse me medical treatment When she stated that the pen stays in his arm nor made any effort to provide any treatment to have it remove but does nothing. Defendant Delarosa Was also deliberate indifference When she also refuse to make any phones calls to the mental health doctor to place me on suicide watch Which is (shos) self-harm-observation When she heard me state multiple times that I want to kill myself but had disregard to the Plaintiff life and body. But both defendants Delarosa; Watkins allowed Plaintiff to return to his cell.

19. Defendants Hayes, Bear, Reeden, Gonzalez Was deliberate indifference When each name defendant Watch the plaintiff get beat and done nothing to stop each defendant "but defendant hayes" from punching the Plaintiff and slaping the plaintiff multiple times even When the get dizzy and fell defendants Bear; Reeden continual to punch the defendant While the Plaintiff on the floor and neither defendant intervene to stop one another When each dendendant Was able to.

12

STATEMENT OF CLAIMS CONTINUAL FROM PAGE #12

But stood watch and Participated in the excessive force.

20.         Violation of 42 U.S.C. §1983 8th Amendment EXCESSIVE FORCE

Defendants REEDEN, BEAR, GONZALEZ violate the Plaintiff 8th amendment right which constitute excessive force when a defendant GONZALEZ slap me in my face multiple times because Plaintiff kept stating to her I want to kill himself so defendant continual to slap me hard all in my face while the Plaintiff was cuff behind his back with leg shackles on.

   Defendants REEDEN, BEAR use excessive force when both defendants started to punch me with clitch fist in the back of the head until the plaintiff got dizzy and fell to the ground and defendants continual to punch the Plaintiff multiple more times. All while the Plaintiff was cuff behide his back and got leg shackles on. Defendants GONZALEZ, REEDEN, BEAR assaulted & Battery the Plaintiff through these actions.

13

## RELIEF REQUESTED CONTINUAl FROM PAGE#10

constitution and constituted an assaut and battery under
state law.
B. Award compensatory damages FOR MENTAl & EMOtional inJucy
in the following amounts: $50.000
C. Award compensatory damages in the following amounts:
1. $100,000 Jointly and severally against defendants REEDEN, BEAR,
HAYES, GONZAIEZ FOR tHE physical and emotional inJuries
sustained as a cesult of plaintiff beatings
2. $50,000 Jointly and severally against Defendants
GONZAlEZ, WADKINS, DIAMOND, FoR the injuries sustain
of self-inflicted while tƏying to kill himself.
D. Award PuNitive Damages in the following Amounts:
1. $50,000 Each against Defendants GONZAlEZ, WADKINS, DIAMOND,
HARDWOOD, MCDOWAlD, BEAR, & CAMBELL, DELAROSA.
E. Grant such other celief as it may appear that
Plaintiff is entitle.

14

*incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you had any case in federal court, including federal appellate court, dismissed as frivolous, as malicious, for failure to state a claim, or prior to service?

☐ YES   ☑ NO

If "Yes," identify the case number, date of dismissal, and court for each case:

1. Date:_____Case #: _____

   Court: _____

   Reason: _____

2. Date:_____Case #: _____

   Court: _____

   Reason: _____

3. Date:_____Case #: _____

   Court: _____

   Reason: _____

15

(*If necessary, list additional cases on an attached page*)

B. Have you filed other lawsuits or appeals in *state or federal court* dealing

with the same facts or issue involved in this case?

☑ YES ☐ NO

If "Yes," identify the case number, parties, date filed, result (*if not still*

*pending*), name of judge, and court for each case (*if more than one*):

1. Case #: 3:20-cv-05935 - MCR-HTC Parties: *Sergent Daniels, et*

Court: *Northen Distrid of FL* Judge: *HOPE THAi cannon*

Date Filed: *11-2-24* Dismissal Date (*if not pending*): _____

Reason: *Excessive Force and Deliberate Indiffernce*

2. Case #: *1:23-cv-00011-AW-* MAF Parties: *Ricky Dixon, Et, al*

Court: *Northen Distrid of Fl* Judge: *Marshall*

Date Filed: *3-10-23* Dismissal Date (*if not pending*): ~~voluntary dismissal~~

Reason: *Can't Remeber the Date of voluntary Dismissal*

(*If necessary, list additional cases on an attached page*)

C. Have you filed any other lawsuit, habeas corpus petition, or appeal in

*state or federal court* either challenging your conviction or relating to

the conditions of your confinement?.

☑ YES ☐ NO

If "Yes," identify all lawsuits, petitions and appeals:

1. Case #: _2023-CA-0436_ Parties: _RICKY DIXON_

   Court: _SECOND JUDICAL CIRCUIT_ Judge: _LEE MARSHALL_

   Date Filed: _4-10-23_ Dismissal Date (*if not pending*): _____

   Reason: _Lost THE couRT Ruling_

2. Case #: _3:24-CV-00290-_ _TKW-HTC_ Parties: _POWERS, Et, al_

   Court: _NORTHIEN District oF Fl_ Judge: _HOPE THAI-CANNON_

   Date Filed: _8-20-24_ Dismissal Date (*if not pending*): _____

   Reason: _I FILED a (TRO) without the 1983_ ~~AND THIS CASE~~ _AND DID Nothing with it_

3. Case #:_____ Parties: _____

   Court:_____ Judge: _____

   Date Filed:_____Dismissal Date (*if not pending*): _____

   Reason: _____

4. Case #:_____ Parties: _____

   Court:_____ Judge: _____

   Date Filed:_____Dismissal Date (*if not pending*): _____

   Reason: _____

5. Case #:_____ Parties: _____

   Court:_____ Judge: _____

   Date Filed:_____Dismissal Date (*if not pending*): _____

   Reason: _____

17

6. Case #:_____Parties: _____

Court:_____Judge: _____

Date Filed:_____Dismissal Date (*if not pending*): _____

Reason: _____

*(Attach additional pages as necessary to list all cases.)*

## IX. CERTIFICATION

1. I declare, under penalty of perjury, that all of the information stated above and included on or with this form, including my litigation history, is true and correct.

2. Additionally, as required by Federal Rule of Civil Procedure 11, I certify that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non- frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

3. I understand it is my obligation to timely notify the Clerk's Office if there

is any change to my mailing address and that my failure to do so may result

in a dismissal of the action.

Date: *6-30-25* Plaintiff's Signature: *L. Davis*

Printed Name of Plaintiff: *LAMAROS DAVIS*

Correctional Institution: *Santa Rosa Corrections Institution Main Unit*

Address: *5850 East Milton Road*

*Milton, Fl 32583*

**I certify and declare, under penalty of perjury, that this complaint was**

**(*check one*) ☑delivered to prison officials for mailing or ☐ deposited in**

**the prison's mail system for mailing on the_____ day of_____, 20___.**

Signature of Incarcerated Plaintiff: *L. Davis*

19

LAVAROS DAVIS DC# M63150
SANTA ROSA CORRECTIONAL INSTITUTION
5850 EAST MILTON RD
MILTON, FL 32583

MAILED FROM A STATE
CORRECTIONAL INSTITUTION

FIRST-CLASS



US POSTAGE IMI PITNEY BOWES

ZIP 32583
02 7W          $ 001.32⁰
0008035890 JUL. 17. 2025

UNITED STATES DISTRICT COURT
1 NORTH PALAFOX STREET
PENSACOLA, FL 32502



PROVIDED TO
SANTA ROSA CI ON

JUL 1 7 2025

FOR MAILING BY

JUL 2 1 2025