

PROVIDED TO
SANTA ROSA C.I. ON
DEC 1 5 2025
FOR MAILING BY LD

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

## CIVIL RIGHTS COMPLAINT FORM FOR PRO SE PRISONER LITIGANTS IN ACTIONS UNDER 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

LAVAROS DAVIS,

Inmate ID Number: M63150,

(*Write your full name and inmate ID number.*)

v.

SERGENT HARWOOD,

OFFICER BEEDEN,

OFFICER MCDONALD,

(*Write the full name of each Defendant who is being sued. If the names of all the Defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.*)

SECOND AMENDED COMPLAINT 2

Case No.: 3:25-cv-00125-AW-ZCB
(*To be filled in by the Clerk's Office*)

**Jury Trial Requested?**
☑ YES ☐ NO

DEFENDANTS CONTINUAL

OFFICER CAMBELL

OFFICER BEAR

LT. HAYES

NURSE GONZALEZ

MENTAL HEALTH COUNSELOR CAMON

MENTAL HEALTH COUNSELOR WADKINS

NURSE DELAROSA

## I. PARTIES TO THIS COMPLAINT

A. Plaintiff

Plaintiff's Name: _LAVAROS DAVIS_   ID Number: _M63150_

List all other names by which you have been known: _NONE_

Current Institution: _SANTA ROSA CORRECTIONS INSTITUTION MAIN UNIT_

Address: _5850 EAST MILTON RD_
_MILTON, Fl 32583-7914_

B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *each and every* Defendant:

1. Defendant's Name: _HARWOOD_

    Official Position: _SERGENT_

    Employed at: _SANTA ROSA CORRECTIONS INSTITUTION MAIN UNIT_

    Mailing Address: _5850 EAST MILTON RD_
    _MILTON, Fl 32583-7914_

    ☑ Sued in Individual Capacity   ☐ Sued in Official Capacity

2. Defendant's Name: BEEDEN

   Official Position: SERGENT

   Employed at: SANTA ROSA CORRECTIONS INSTITUTION MAIN UNIT

   Mailing Address: 5850 EAST MILTON RD

   MILTON, FL 32583-7914

   ☒ Sued in Individual Capacity        ☐ Sued in Official Capacity

3. Defendant's Name: MCDONALD

   Official Position: OFFICER

   Employed at: SANTA ROSA CORRECTIONS INSTITUTION MAIN UNIT

   Mailing Address: 5850 EAST MILTON RD

   MILTON, FL 32583-7914

   ☒ Sued in Individual Capacity        ☐ Sued in Official Capacity

   (*Provide this information for all additional Defendants in this case by attaching additional pages, as needed.*)

## II. BASIS FOR JURISDICTION UNDER 28 U.S.C. § 1331 or § 1346

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

Are you bringing suit against (*check all that apply*):

☐ Federal Officials (*Bivens case*)   ☑ State/Local Officials (*§ 1983 case*)

## III. PRISONER STATUS

Indicate your confined status:

☐ Pretrial Detainee   ☐ Civilly Committed Detainee

☑ Convicted State Prisoner   ☐ Convicted Federal Prisoner

☐ Immigration Detainee   ☐ Other (*explain below*):

_____

_____

## IV. STATEMENT OF FACTS

Provide a short and plain statement of the *facts* showing why you are entitled to relief. Describe how *each* Defendant was involved and what each Defendant did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short, numbered paragraphs, limited as far as practicable to a single event or incident. **Do not make legal arguments, quote cases, cite statutes, or reference a memorandum.** You may make copies of page 6 if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. Exhibits attached to

DEFENDANTS CONTINUAL

4. DEFENDANT'S NAME: CAMBELL
OFFICIAL POSITION: OFFICER
EMPLOYED AT: SANTA ROSA CORRECTIONS INSTITUTION MAIN UNIT
MAILING ADDRESS: 5850 EAST MILTON RD
                 MILTON, FL 32583-7914
☑ SUED IN INDIVIDUAL CAPACITY

5. DEFENDANT'S NAME: BEAR
OFFICIAL POSITION: OFFICER
EMPLOYED AT: SANTA ROSA CORRECTIONS INSTITUTION MAIN UNIT
MAILING ADDRESS: 5850 EAST MILTON RD
                 MILTON, FL 32583-7914
☑ SUED IN INDIVIDUAL CAPACITY

6. DEFENDANT'S NAME: HAYES
OFFICIAL POSITION: LT
EMPLOYED AT: SANTA ROSA CORRECTIONS INSTITUTION MAIN UNIT
MAILING ADDRESS: 5850 EAST MILTON RD
                 MILTON, FL 32583-7914
☑ SUED IN INDIVIDUAL CAPACITY

7. DEFENDANT'S NAME: GONZALEZ
OFFICIAL POSITION: MEDICAL NURSE
EMPLOYED AT: SANTA ROSA CORRECTIONS INSTITUTION MAIN UNIT
MAILING ADDRESS: 5850 EAST MILTON RD
                 MILTON, FL 32583-7914
☑ SUED IN INDIVIDUAL CAPACITY

8. DEFENDANT'S NAME: DIAMOND
OFFICIAL POSITION: MENTAL HEALTH COUSELOR
EMPLOYED AT: SANTA ROSA CORRECTIONS INSTITUTION MAIN UNIT
MAILING ADDRESS: 5850 EAST MILTON RD
                 MILTON, FL 32583-7914
☑ SUED IN INDIVIDUAL CAPACITY

4

DEFENDANTS CONTINUAL

9. DEFENDANTS NAME: WADKINS
   OFFICIAL POSITION: MENTAL HEALTH COUSELOR
   EMPLOYED AT: SANTA ROSA CORRECTIONS INSTITUTION MAIN UNIT
   MAILING ADDRESS: 5850 EAST MILTON RD
                    MILTON, FL 32583-7914
   ☒ SUED IN INDIVIDUAL CAPACITY.

10. DEFENDANTS NAME: DELAROSA
    OFFICIAL POSITION: MEDICAL NURSE
    EMPLOYED AT: SANTA ROSA CORRECTIONS INSTITUTION MAIN UNIT
    MAILING ADDRESS: 5850 EAST MILTON RD
                     MILTON, FL 32583-7914
    ☒ SUED IN INDIVIDUAL CAPACITY

II.     JURISDICTION AND VENUE

1. PLAINTIFF SUES PURSUANT TO 42 U.S.C. §§ 1983 AND 1988
2. THE COURT HAS JURISDICTION UNDER 28 U.S.C. §§ 1331 AND 1343
3. PLAINTIFF FURTHER INVOKES THE SUPPLEMENTAL JURISDICTION OF THIS COURT PURSUANT TO 28 U.S.C. § 1367, TO CONSIDER ASSAULT AND BATTERY UNDER STATE TORT LAW CLAIMS ALLEGED HEREIN.
4. VENUE IS PROPER IN THE NORTHERN DISTRICT OF FLORIDA UNDER 28 U.S.C. § 1391(b), THIS BEING THE DISTRICT WHERE THE CLAIM AROSE
5. ALL CONDITIONS PRECEDENT TO THIS LAWSUIT, INCLUDING EXHAUSTION OF ADMINISTRATIVE REMEDIES, HAVE OCCURRED, BEEN PERFORMED, OR BEEN WAIVED.
6. ALL DEFENDANTS ALLEGED HEREIN THIS COMPLAINT ACTED UNDER COLOR OF STATE LAW.

the complaint will count as part of your page limitation. Therefore, do not attach irrelevant or unnecessary exhibits. Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.

12. ON 9-28-24 BETWEEN THE TIMES OF 7:30AM - 3PM I TOLD THE C-DORM DEFENDANT HARWOOD THAT PLAINTIFF HEARING VOICES AND I HAVE A PSYCHOLOGICAL EMERGENCY AND I WANT TO KILL MYSELF. DEFENDANT HARWOOD STATED HE DON'T CARE AND DEFENDANT WALK AWAY AND DOES NOTHING AT ALL. DEFENDANT HARWOOD COMES BY DURING ANOTHER 30 MINUTE CHECK AND PLAINTIFF TELLS DEFENDANT AGAIN THAT HE'S HEARING VOICES AND WANTS TO KILL HIMSELF AND DEFENDANTS DOES NOTHING AND AGAIN HE WALKS AWAY FROM PLAINTIFF CELL DOOR.

13. THE PLAINTIFF CUTS HIS LEFT AC VAIN ON HIS LEFT ARM AND BLOOD SHOOT ALL ON MY CELL WALL WHICH IS IN C-DORM, WING 2, CELL 2102. DEFENDANTS NURSE GONZALEZ OFFICER MCDONALD, OFFICER CAMBEH WALKS BY HIS CELL AND SEES THE BLOOD ALL ON MY CELL WALL AND WINDOW AND SEES MY LEFT AC VAIN IS STILL LEAKING BLOOD AND DOES NOTHING. NURSE GONZALEZ SEE THIS BECAUSE SHE HAD TO STOP BY MY CELL DOOR AND GIVE ME MEDICATION AND WHEN SHE WALKS UP SHE ASK DO I WANT MY MEDICATION, I SAY NO, I WANT TO KILL MYSELF. SHE ASK WHERES ALL THAT BLOOD COMING FROM THEN SHE SEES MY WALL AND ARM STILL LEAKING BLOOD. THEN DEFENDANT NURSE GONZALEZ WALKS AWAY AND DOES NOTHING

## STATEMENT OF FACTS CONTINUAL

16. Plaintiff enter his cell and when defendants left, plaintiff start cutting his left AC vain again, blood again shoots back all over his cell wall again. Defendants Cambell, McDonald, Harwood continual to do nothing but walks by his cell and does nothing but leaves plaintiff in his cell with blood everywhere.

17. That same day third shift staff came on between the times of 9:30pm – 11:30pm the plaintiff was getting ready to hang himself with some rip up boxers while plaintiff walls & window was cover with blood. Defendant Lt. Hayes came to the plaintiff cell door trying to get the plaintiff to cuff up which the plaintiff did. The plaintiff was taken to the medical room cuff behind his back and the plaintiff was getting escorted by Sergent Reeden and Officer Bear. While in the medical room with defendants Nurse Gonzalez, Officer Bear, Sergent Reeden, Lt. Hayes. Defendant Hayes told Nurse Gonzalez she need to do nothing because I'm going back in my cell and I can finish trying to kill myself. Defendan Nurse Gonzalez stated whats your fucking problem, plaintiff stated I want to kill myself again and this time defendant Gonzalez slap the plaintiff hard in the face and said stop saying that, I told her I want to kill myself again and time she slap me multipe times while Lt. Hayes was laughing and defendants Sergent Reeden & Officer Bear started punching me with clench fist fist in the back of my head. The whole time defendant Lt. Hayes was laughing. Defendants Sergent Reeden & Officer Bear kept punching the plaintiff until he got dizzy and fell to the floor while continual to get punch in the body multiple times.

18. Lt. Hayes told defendants to help me to my feet" and told the plaintiff "if I write it up, its going into the trash like most of my grievances do he hate snitches". I was escorted back to my cell without medical attention & my cell walls still cover in blood.

8

## STATEMENT OF FACTS CONTINUALS

19. ON 9-30-24 THE PLAINTIFF TRIED TO HANG HIMSELF AFTER HE TOLD DEFENDANT HARWOOD THAT HE WANT TO KILL HIMSELF. HARWOOD STOOD THERE AND WATCH THE PLAINTIFF TRIED TO HANG HIMSELF, WHEN HE STAB HIMSELF IN HIS LEFT AC VAIN. DEFENDANT HARWOOD WALKS AWAY. DEFENDANT DIAMON - MENTAL HEALTH COUNSELOR CAME INFRONT OF MY CELL RIGHT WHEN THE SHEET RIP FROM THE SHOWER SPRINKLER THATS ON THE CEILING WHILE THE SHEET IS AROUND THE PLAINTIFF NECK. DEFENDANT DIAMOND ASK THE PLAINTIFF WHY DO I HAVE THE RIP SHEET AROUND MY NECK, THE PLAINTIFF TOLD THE DEFENDANT I TRIED TO KILL MYSELF, BY TRYING TO HANG MYSELF. THE DEFENDANT EVEN ASK THE PLAINTIFF WHATS THAT STICKING OUT OF MY ARM, THE PLAINTIFF TOLD THE DEFENDANT THAT HE STAB HIMSELF THEN THATS WHEN DEFENDANT DIAMOND WALK AWAY.

20. DEFENDANT WADKINS CAME INFRONT OF THE PLAINTIFF CELL AFTER DEFENDANT DIAMON LEFT AND DEFENDANT WADKINS ASK ME DO I WANT TO SPEAK WITH HER. THE PLAINTIFF STATED YES AND THE PLAINTIFF WAS PULL OUT TO SPEAK WITH DEFENDANTS WADKINS MENTAL HEALTH COUSELOR & MEDICAL NURSE DELAROSA IN THE MEDICAL ROOM. WHILE THE PLAINTIFF WAS IN THE MEDICAL ROOM, THE PLAINTIFF TOLD DEFENDANTS WADKINS & DELAROSA MULTIPLE TIMES THAT HE WANTED TO KILL HIMSELF AND HE GOING TO CONTINUAL TO TRY TO KILL HIMSELF. DEFENDANT DELAROSA SEES THE PEN STICKING OUT THE PLAINTIFF ARM AND STATES THAT THE PEN STAYS IN HIS ARM

21. ON 9-31-24, ON THE SECOND SHIFT THE PLAINTIFF PLACE IN MULTIPLE GRIEVANCES IN THE GRIEVANCE BOX. THIS HAPPEN BETWEEN THE TIMES OF 7AM & 8:30 AM, WHEN THE GRIEVANCE BOX LEFT OUT THE DORM, SOMETIME LATER AN OFFICER CAME TO THE PLAINTIFF OUTSIDE BACK WINDOW AND CALL MY NAME AND HE STATED HE HAS MY GRIEVANCES AND STARTED TO RIP THEM UP.

9

## V. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated. Be specific. If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section IV. If more than one Defendant is named, indicate which claim is presented against which Defendant.

Violation of 42 U.S.C. §1983 First Amendment (Retaliation)

22. Defendants Harwood, McDonald, ~~[redacted]~~ Campbell, LT. Hayes violates the plaintiff First Amendment Right, or threats and actions designed to chill the exercise of speech and redress (such as grievances) and ack~~[redacted]~~ as retaliation for having exercise and ~~[redacted]~~ previously exercised protected speech and redress such that a person of ordinary firmness would normally refrain from fully expressing such speech, when each defendant threaten me to have my grievance thrown away - but turns around and have plaintiff grievances R.I.P

## VI. RELIEF REQUESTED

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes. If requesting money damages *(either actual or punitive damages)*, include the amount sought and explain the basis for the claims.

Wherefor, plaintiff respectfully request of the court ~~[redacted]~~ A. Award compensatory damages for mental, emotional injury in the following amounts of $50,000. B. Award compensatory damages in the following amounts; 1. $100,000 jointly and severally against defendants Beeden, Bear →

STATEMENT OF CLAIMS CONTINUAL

UP ON THE PLAINTIFF CELL BACK WINDOW THAT THE PLAINTIFF WITNESS HIMSELF. PLAINTIFF WAS ~~DENIED THE CHANCE OF~~ HAVING HIS GRIEVANCES PROCESS, WHEN PLAINTIFF WAS RETALIATED ON FOR WRITING GRIEVANCES AGAINST ABUSIVE DEFENDANTS. DEFENDANTS TAUNTED HIM AND EXPLICITLY MADE CLEAR TO HIM THAT HIS GRIEVANCES WILL BE THROWN AWAY, BUT INSTEAD WAS CALL TO HIS CELL BACK WINDOW AND WAS SHOWN HIS GRIEVANCES AND RIP UP THEM UP.

23. AS A DIRECT AND PROXIMATE RESULT OF THESE DEFENDANTS UNLAWFUL ACTS, PLAINTIFF HAS SUFFERED VARIOUS EMOTIONAL AND PHYSICAL INJURIES DISTRESS AND PAIN.

24. Violation of 42 U.S.C. § 1983 DELIBERATE INDIFFERENCE 8 AMENDMENT

DEFENDANTS HARWOOD, MCDONALD, CAMBELL, NURSE GONZALEZ VIOLATED PLAINTIFF 8 AMENDMENT RIGHT WHEN EACH DEFENDANT WAS AWARE & SEEN PLAINTIFF HAD BLOOD ALL OVER HIS CELL WALLS, FLOOR, & CELL DOOR WINDOW WHEN THEY CAME AROUND ON MULTIPLE SCURITY CHECKS, WHILE EACH DEFENDANT KNEW PLAINTIFF HAD CUT HIS LEFT AC VAIN & WANTED TO KILL HIMSELF WHEN PLAINTIFF MADE IT KNOWN. THO EACH DEFENDANT KNEW THEY DONE NOTHING EVEN NURSE GONZALEZ WHEN SHE WAS PASSING MEDICATION SHE SEEN THE BLOOD AND STILL REFUSE THE PLAINTIFF MEDICAL TREATMENT AND MENTAL HEALTH TREATMENT THESE ACTIONS OF EACH DEFENDANT CONSTITUTE DELIBERATE INDIFFERENCE TO THE PLAINTIFF SERIOUS MEDICAL & MENTAL HEALTH NEEDS.

25. AS A DIRECT AND PROXIMATE RESULT OF DEFENDANTS UNLAWFUL ACTS, PLAINTIFF HAS SUFFERED VARIOUS EMOTIONAL AND PHYSICAL INJURIES, ANXIETY, DISTRESS AND PHYSICAL PAIN, AS DESCRIBED MORE FULLY IN THE STATEMENT OF FACTS.

26. DEFENDANTS REEDEN, BEAR, LT. HAYES, NURSE GONZALEZ VIOLATES PLAINTIFF 8th AMEDMENT RIGHT WHICH CONSTITUTE DELIBERATE INDIFFERENCE FOR FAILURE TO INTERVENE & FAILURE TO PROTECT PLAINTIFF FROM HARM BY THE OTHERS EXCESSIVE FORCE AND ADDITION TO THEIR OWN EXCESSIVE FORCE, FAILED TO INTERVENE TO PREVENT ABUSE BY THE OTHERS THOUGH ABLE.

(11)

## RELIEF REQUESTED CONTINUAL

HAYES, GONZALEZ FOR THE PHYSICAL AND EMOTIONAL INJURIES SUSTAINED AS A RESULT OF PLAINTIFF BEING REFUSE MENTAL HEALTH AND MEDICAL TREATMENT WHEN PLAINTIFF TRIED TO KILL HIMSELF BY CUTTING MULTIPLE TIMES, STABING HIMSELF.

2. $50,000 JOINTLY AND SEVERALLY AGAINST DEFENDANTS GONZALEZ, WADKINS, DIAMOND, FOR THE INJURIES SUSTAIN OF SELF-INFLICTED WHILE TRYING TO KILL HIMSELF.

C. AWARD COMPENSATORY DAMAGES OF $40,000 FOR THE INJURIES OF TRYING TO PREVENT ME FROM EXHAUSTING MY REMEDYS TO KEEP ME OUT OF COURT TO FILE A CIVIL RIGHTS COMPLAINT.

D. AWARD PUNITIVE DAMAGES IN THE FOLLOWING AMOUNTS:
1. $50,000 EACH AGAINST DEFENDANTS GONZALEZ, WADKINS, DIAMOND, HARWOOD, MCDONALD, BEAR, CAMBELL, DELAROSA.

E. GRANT SUCH OTHER RELIEF AS IT MAY APPEAR THAT PLAINTIFF IS ENTITLE.

*incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you had any case in federal court, including federal appellate court, dismissed as frivolous, as malicious, for failure to state a claim, or prior to service?

☐ YES  ☒ NO

If "Yes," identify the case number, date of dismissal, and court for each case:

1. Date:_____ Case #: _____

   Court: _____

   Reason: _____

2. Date:_____ Case #: _____

   Court: _____

   Reason: _____

3. Date:_____ Case #: _____

   Court: _____

   Reason: _____

*(If necessary, list additional cases on an attached page)*

B. Have you filed other lawsuits or appeals in ***state or federal court*** dealing with the same facts or issue involved in this case?

☑ YES ☐ NO

If "Yes," identify the case number, parties, date filed, result (*if not still pending*), name of judge, and court for each case (*if more than one*):

1. Case #: 3:20-cv-05935-MCR-HTC  Parties: SERGENTS DANIELS, et

   Court: NORTHEN DISTRICT of Fl  Judge: HOPE THAT CANNON

   Date Filed: 11-2-24  Dismissal Date (*if not pending*): _____

   Reason: EXCESSIVE FORCE AND DELIBERATE INDIFFERENCE

2. Case #: 1:23-cv-00011-AW-MAF  Parties: RICKY DIXON, et, al

   Court: NORTHEN DISTRICT of Fl  Judge: MARSHALL

   Date Filed: 3-10-23  Dismissal Date (*if not pending*): _____

   Reason: can't REMEBER TILE OF VOLUNTARY DISMISSAL

*(If necessary, list additional cases on an attached page)*

C. Have you filed any other lawsuit, habeas corpus petition, or appeal in ***state or federal court*** either challenging your conviction or relating to the conditions of your confinement?.

☑ YES ☐ NO

If "Yes," identify all lawsuits, petitions and appeals:

1. Case #: 2023-CA-0436  Parties: RICKY DIXON

   Court: SECOND JUDICAL CIRCUIT Judge: LISE MARSHALL

   Date Filed: 4-10-23  Dismissal Date (*if not pending*): _____

   Reason: Lost court RULING

2. Case #: 3:24-CV-00298-TKW-HTC Parties: POWERS, et, al

   Court: NORTHEN DISTRICT OF FL Judge: HOPE TMAI-CANNON

   Date Filed: 8-20-24  Dismissal Date (*if not pending*): _____

   Reason: I FILED A (TRO) WITHOUT THE 1983 AND DID NOTHING WITH it

3. Case #: _____ Parties: _____

   Court: _____ Judge: _____

   Date Filed: _____ Dismissal Date (*if not pending*): _____

   Reason: _____

4. Case #: _____ Parties: _____

   Court: _____ Judge: _____

   Date Filed: _____ Dismissal Date (*if not pending*): _____

   Reason: _____

5. Case #: _____ Parties: _____

   Court: _____ Judge: _____

   Date Filed: _____ Dismissal Date (*if not pending*): _____

   Reason: _____

NDFL Pro Se 14 (Revised June 2022) Civil Rights Complaint Prisoner
ClerkAdmin/Official/Forms



6. Case #:_____Parties: _____

   Court:_____Judge: _____

   Date Filed:_____Dismissal Date (*if not pending*): _____

   Reason: _____

   (***Attach additional pages as necessary to list all cases.***)

## IX. CERTIFICATION

1. I declare, under penalty of perjury, that all of the information stated above and included on or with this form, including my litigation history, is true and correct.

2. Additionally, as required by Federal Rule of Civil Procedure 11, I certify that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non- frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

3. I understand it is my obligation to timely notify the Clerk's Office if there is any change to my mailing address and that my failure to do so may result in a dismissal of the action.

Date: 10-1-25  Plaintiff's Signature: _____

Printed Name of Plaintiff: LAVAROS DAVIS

Correctional Institution: SANTA ROSA CORRECTIONS INSTITUTION MAIN UNIT

Address: 5850 EAST MILTON RD

MILTON, FL 32583-7914

I certify and declare, under penalty of perjury, that this complaint was (*check one*) ☐ delivered to prison officials for mailing or ☐ deposited in the prison's mail system for mailing on the _____ day of _____, 20___.

Signature of Incarcerated Plaintiff: _____

NDFL Pro Se 14 (Revised June 2022) Civil Rights Complaint Prisoner
ClerkAdmin/Official/Forms

LAVAROS DAVIS
SANTA ROSA CORRECTIONS INSTITUTION
5350 EAST MILTON RD
MILTON, Fl 32583-7914

MAILED FROM A STATE
CORRECTIONAL INSTITUTION



NORTHERN DISTRICT OF FLORIDA
1 NORTH PALAFOX STREET
PENSACOLA, Fl 32502