IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LAVAROS DAVIS,

      Plaintiff,

v.                                 Case No. 3:25-cv-125-AW-MJF

HARWOOD, et al.,

      Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff, a pro se prisoner proceeding *in forma pauperis*, sued several defendants. The magistrate judge issued a report and recommendation concluding several claims should be dismissed. ECF No. 21. Plaintiff has filed no objection to the report and recommendation. Having carefully considered the matter, I now adopt the report and recommendation and incorporate it into this order.

All claims against Defendants Diamond, Wadkins, and Delarosa are dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim. All First Amendment retaliation claims against Defendants Harwood, McDonald, Campbell, and Hayes are also dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim. The magistrate judge will conduct further appropriate proceedings as to the remaining claims.

1

SO ORDERED on March 25, 2026.

s/ *Allen Winsor*
Chief United States District Judge