UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LAVAROS DAVIS,

v.                                                    Case No.: 3:25cv125/AW/ZCB

HARDWOOD, et al.

## REFERRAL AND ORDER

Referred to Magistrate Judge Bolitho on ___July 24, 2026___

Type of Motion/Pleading:___Motion for Extension of Time___

Filed by: <u>Defendants</u>         on <u>7/24/26</u>     Doc.      <u>40</u>

JESSICA LYUBLANOVITS,
CLERK OF COURT
/s/ *Sylvia D. Williams*
Deputy Clerk: Sylvia D. Williams

## ORDER

Upon consideration of the foregoing, it is **ORDERED** this 27th day of July 2026:

For good cause shown, the second motion for extension of time filed by Defendants Hardwood, Behrens, McDonald, Hayes, Campbell, and Rearden (Doc. 40) is **GRANTED**. Defendants must file their response to Plaintiff's second amended complaint (Doc. 19) **on or before August 13, 2026**.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge

1